**Crystal Weaver BROWN,
Plaintiff-Appellant,**

v.

**Carolyn W. COLVIN, Commissioner of
the Social Security Administration,
Defendant-Appellee.**

No. 16-2099

United States Court of Appeals,
Fourth Circuit.

Submitted: January 31, 2017

Decided: February 2, 2017

Crystal Weaver Brown, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crystal Weaver Brown appeals the magistrate judge's order upholding the Commissioner's denial of Brown's applications for disability benefits and supplemental security income.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Colvin, No. 5:15-cv-00321-KDW (D.S.C. Aug. 22, 2016).

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2012).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED .

Kevin Robertson appeals the district court's order affirming the bankruptcy court's order denying his motion to reopen his prior Chapter 7 proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robertson v. United States, No. 1:16-cv-01109-JFM (D. Md. Sept. 14, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED